# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN F LYNCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00234 |
| | § | |
| AMAZON.COM SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within forty-five (45) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** forty-five (45) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this 27th day of October, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE